EDWARD C. BOARDMAN, *as Receiver, etc., Respondent, v.* MARIA B. WHEELER, *Appellant, Impleaded, etc.* — Parts of judgment

appealed from affirmed, with costs. Opinion by BARNARD, P. J.; DYKMAN, J., not sitting.